United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Juan Martin Ruiz–Fuentes
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:23–mj–00985

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for May 24, 2023 at 10:00 AM before United States Magistrate Judge John A Kazen at 1300 Victoria, Courtroom 2C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_(signed)_
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: **May 17, 2023**